**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-8546**

---

VICTOR COLLYN GREENE,

Plaintiff - Appellant,

versus

BISHOP ROBINSON, Secretary of Public Safety
and Corrections; THOMAS R. CORCORAN, Warden;
RICHARD LANHAM, Commissioner; PATRICK CONROY,
Facility Administrator; WILLIAM H. BRITTON;
VERONICA MOORE, CMSII; LIEUTENANT EYLER; RON
WILLIAMS, CMSII; KASSIDY SAVAGE; LIEUTENANT
REDD; OFFICER ELLIOT, COII; MARSHA MALOFF,
Facility Administrator; MS. BOOSE, CMSS;
MS. SMITH, CMSII; MS. SPRIGGS, CMSI; WILSON,
CMSI; SERGEANT RINGLY,

Defendants - Appellees.

---

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-95-1513-JFM)

---

Submitted:  May 16, 1996                Decided:  May 31, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Victor Collyn Greene, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, Stephanie Judith Lane-Weber, Assistant Attorney General, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's dismissal of portions of his complaint pursuant to 28 U.S.C. § 1915(d) (1988). Appellant's remaining claims are still pending in district court. We dismiss the appeal for lack of jurisdiction because the order is not appealable. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order here appealed is neither a final order nor an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED